IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JUIS RULLAN | * | |
| v. | * | Civil No. CCB-17-3741 |
| JILL K. GODEN, et al. | * | |

**************

### ORDER

Having considered the reply (ECF No. 85) filed by the plaintiffs, and to clarify the record at plaintiffs' counsel's request, it is hereby Ordered that:

the motion for preliminary injunction (ECF No. 47) is Denied as to all defendants for the same reasons stated in the court's December 27, 2018 Order (ECF No. 77).

6/6/19
Date

Catherine C. Blake
United States District Judge